1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
                                        AT SEATTLE

8    CHRISTOPHER T. WULF,

                           Plaintiff,              CASE NO. C19-724 BAT

9
           v.                                       **ORDER GRANTING STIPULATED
10                                                  MOTION TO REMAND**
     COMMISSIONER OF SOCIAL SECURITY,

11
                           Defendant.

12

13        The Court **GRANTS** the stipulated motion to remand, Dkt. 14, and **ORDERS**:

14        1.      The Commissioner's final decision is reversed and remanded for further

15   administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

16        2.      On remand the ALJ will conduct a new hearing, further develop the record and issue

17   a new decision;

18        3.      The ALJ will reevaluate and further develop the medical evidence and "other source"

19   evidence of record in accordance with 20 §§ C.F.R 404.1520c, 416.920c;

20        4.      The ALJ will reevaluate steps two and three of the sequential evaluation process;

21        5.      The ALJ will reevaluate Plaintiff's symptom testimony pursuant to SSR 16-3p; The 6

22        6.      The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p; and

23        7.      The ALJ will reevaluate steps four and five of the sequential evaluation process with

     the assistance of a vocational expert, as necessary.

     ORDER GRANTING STIPULATED MOTION
     TO REMAND - 1

1    Upon proper presentation, this Court will consider Plaintiff's applications for costs and fees

2   under 28 U.S.C. § 2412(d).

3        DATED this 10th day of January, 2020.

4

5                              _____
                              BRIAN A. TSUCHIDA
6                             Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION
TO REMAND - 2